Jeffrey P. Ray, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, Angela Gail Thornton-Millard, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Dorothy E. Petris appeals the order of the district court[1] affirming the Commissioner's denial of supplemental security income. For reversal, Petris challenges the Administrative Law Judge's (ALJ's) physical and mental residual function capacity findings. Having reviewed the parties' submissions and the record before us, we conclude that the ALJ's determinations are supported by substantial competent evidence on the record as a whole and that Petris's arguments do not support reversal. See Wildman v. Astrue, 596 F.3d 959, 969 (8th Cir. 2010). The judgment is affirmed. See 8th Cir. R. 47B.

**UNITED STATES of America Plaintiff-Appellee**

v.

**Deauntee Q. MOSBY Defendant-Appellant**

**No. 17-1362**

United States Court of Appeals, Eighth Circuit.

Submitted: November 24, 2017

Filed: January 2, 2018

Nhan Duc Nguyen, Assistant U.S. Attorney, U.S. Attorney's Office, Springfield, MO, for Plaintiff-Appellee

Deauntee Q. Mosby, Pro Se

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Deauntee Mosby directly appeals after pleading guilty in the district court[1] to participating in a drug conspiracy, pursuant to a plea agreement containing an appeal waiver. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

1. The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

We conclude that the appeal waiver is valid, applicable, and enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion, and we dismiss this appeal.

We conclude that the appeal waiver is valid, applicable, and enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion, and we dismiss this appeal.

---

1. The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.